JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA BERENICE HERNANDEZ-ROBLES,<br><br>Petitioner,<br><br>v.<br><br>FERETI SAMAIA, Warden, Adelanto ICE Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-00025-SSS-BFM<br><br>**JUDGMENT** |

1   Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS
2   HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1)
3   is granted as to Petitioner's Second Claim for Relief regarding violation of 8
4   U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain
5   Petitioner unless she is provided with individualized bond hearings before an
6   immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of
7   this Order.
8   The Court DIRECTS the Clerk to close this case.
9   DATED: January 26, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2